IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        vs.<br><br>ANGIE RAY SHERA,<br><br>                    Defendant. | 4:13CR3083<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

1)      The motion of attorney Korey Reiman to withdraw as counsel of record for defendant Shera, (filing no. 18), is granted.

2)      The clerk shall delete Korey Reiman from any future ECF notifications herein.

August 26, 2013.

                                                                BY THE COURT:

                                                                *s/ Cheryl R. Zwart*
                                                                United States Magistrate Judge