IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>ANGIE RAY SHERA,<br><br>           Defendant. | 4:13CR3083<br><br>MEMORANDUM AND ORDER |

      The defendant has moved for review of her detention and release to inpatient drug treatment at St. Monica's. She was charged with a drug crime for which there is a presumption of detention, and she has entered her plea of guilty on that charge. The defendant was previously discharged from St. Monica's in 2007 for "breaking every rule," has been unsuccessful at treatment programs provided by Touchstone (inpatient) and Blue Valley Behavioral Health (outpatient), and Drug Court.

      Based on the information of record, the court finds that no conditions or combination of conditions are currently available which will sufficiently ameliorate the risk of harm to the public if the defendant is released.

      Accordingly,

      IT IS ORDERED that defendant's motion for review, (Filing No. 29), is denied without a hearing.

      October 10, 2013.

                                                                 BY THE COURT:

                                                                 *s/ Cheryl R. Zwart*
                                                                  United States Magistrate Judge