AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Nebraska

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Angie Ray Shera | ) Case No: 4:13CR3083 |
| | ) USM No: 25813-047 |
| Date of Original Judgment: 01/28/2014 | ) |
| Date of Previous Amended Judgment: | ) Richard H. McWilliams |
| *(Use Date of Last Amended Judgment if Any)* | ) *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C.
§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.
§ 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10
and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in
the last judgment issued)* of   72   months **is reduced to**   62 months   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   01/28/2014   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   09/23/2015

*Judge's signature*

Effective Date:   11/02/2015

Laurie Smith Camp, Chief U.S. District Judge

*(if different from order date)*   *Printed name and title*

AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 2 of 2 (Page 2 Not for Public Disclosure)

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT:   Angie Ray Shera

CASE NUMBER:   4:13CR3083

DISTRICT:   District of Nebraska

## I.   COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

| | |
|---|---|
| Previous Total Offense Level:   29 | Amended Total Offense Level:   27 |
| Criminal History Category:   VI | Criminal History Category:   VI |
| Previous Guideline Range:   151 to 188 months | Amended Guideline Range:   130 to 162 months |

## II.   SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

[✓] The reduced sentence is within the amended guideline range.

[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

[ ] The reduced sentence is above the amended guideline range.

## III.   ADDITIONAL COMMENTS

The Defendant's Unopposed Motion to Reduce Sentence  - USSC Amendment (Filing No. 49) is granted, and the parties' Stipulation regarding the Unopposed Motion to Reduce Sentence  - USSC Amendment (Filing No. 50) is approved.